UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CURTIS HARRISON                                                                                        PLAINTIFF

V.                                                                           CIVIL ACTION NO. 1:06cv592-LTS-RHW

ECONOMY PREMIER ASSURANCE COMPANY                                               DEFENDANT

### ORDER

Plaintiff's [35] response to Defendant's [29] motion dealing with bifurcation of trial proceedings voices no objection to the request.  Consistent with this Court's prior rulings, separate proceedings at trial will be held with respect to the coverage claim, on the one hand, and the punitive/extra-contractual damages issue, on the other.  However, Plaintiff will be allowed to address punitive damages in *voir dire*, and if the jury is given a punitive damages instruction, all counsel will be able to make a separate statement on that issue.

Accordingly, **IT IS ORDERED**:

Defendant's [29] Motion to Bifurcate Proceedings is **GRANTED**, consistent with the above comments.  Plaintiff will be allowed to address the issue of punitive/extra-contractual damages in *voir dire* subject to further direction from the Court.  The underlying coverage/contractual claim and the entitlement to punitive/extra-contractual damages will be determined in a bifurcated proceeding, with counsel being allowed to make statements at the beginning of each phase.

**SO ORDERED** this the 30th day of March, 2007.

S/ L. T. SENTER, JR.
SENIOR JUDGE